UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
KIM JOHNSON, derivatively and on behalf of                   :
MACQUARIE INFRASTRUCTURE                                      :
CORPORATION,                                                  :
                                                             :
                                        Plaintiff,           :
                                                             :
                    v.                                       :
                                                             :
LIAM STEWART et al.,                                         :
                                                             :
                                       Defendants,           :
          -and-                                              :
                                                             :
MACQUARIE INFRASTRUCTURE                                      :
CORPORATION,                                                  :
                                                             :
                           Nominal Defendant.                :
                                                             :
------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    10/14/2021
```

18-CV-11062 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

        In light of my recent order in the consolidated action numbered 18-cv-7174 at docket

number 67, it is hereby:

        ORDERED that this action is discontinued without costs to any party and without

prejudice to restoring this action to this Court's docket if the application to restore the action is

made within thirty (30) days.

        The Clerk of Court is respectfully directed to close the open motion at docket number 9.

SO ORDERED.

Dated: October 14, 2021
      New York, New York

Vernon S. Broderick
United States District Judge